

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

———————————————

No. 02-20-00373-CV

———————————————

IN RE PAT LEATHERMAN, Relator

---

Original Proceeding
43rd District Court of Parker County, Texas
Trial Court No. 14266

---

Before Birdwell, J.; Sudderth, C.J.; and Kerr, J.
Per Curiam Memorandum Opinion

## MEMORANDUM OPINION

Relator has not responded to this court's February 5, 2021 letter requesting that relator's counsel either file a motion to dismiss this original proceeding or inform the court whether relator wishes to continue the original proceeding. Because we have received no response to our letter, and because the trial court has commenced action on relator's motion for DNA testing, we deny relator's petition for writ of mandamus.

Per Curiam

Delivered: February 25, 2021